UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-61923-CIV-MORENO**

dUPONT PUBLISHING, INC.,

      Plaintiff,

vs.

DAVID  ROSENBERG;  DANIEL  DAGESSE;
ROSENBERG DIAMONDS & CO., INC.; and
ROSENBERG DIAMONDS & CO., LLC,

      Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

THIS CAUSE came before the Court upon the parties' Joint Motion for Entry of Agreed Confidentiality Order **(D.E. No. 37)**, filed on **March 23, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  The confidentiality order attached to the parties' motion shall possess the full weight of the Court's order.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of April, 2008.

          _____
          FEDERICO A. MORENO
          UNITED STATES DISTRICT JUDGE

Copies provided to:

Parties and Counsel of Record